**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| OLEGS FILS | CASE NUMBER |
|---|---|
| | MC 20-000126 DDP (Ex) |
| PLAINTIFF(S) | |
| v. | |
| OCEAN AVENUE LLC | **ORDER RETURNING CASE FOR REASSIGNMENT** |
| DEFENDANT(S). | |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 19-03 .

October 14, 2020
Date

_[signature]_
United States District Judge

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge   Dolly M. Gee   for all further proceedings. On all documents subsequently filed in this case, please substitute the initials   DMG   after the case number in place of the initials of the prior judge so that the case number will read   2:20-mc-00126-DMG (Ex) . This is very important because documents are routed to the assigned judge by means of the initials.

cc:  ☐ *Previous Judge*   ☐ *Statistics Clerk*

CV-89 (03/19)        ORDER RETURNING CASE FOR REASSIGNMENT