1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED
CLERK, U.S. DISTRICT COURT

OCT – 6 2020

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

IN RE APPLICATION OF

OLEGS FILS,


Petitioner,

NO. 2:20-mc-126

**[PROPOSED] ORDER GRANTING
EX PARTE APPLICATION FOR
THE ISSUANCE OF SUBPOENAS
DUCES TECUM PURSUANT TO
28 U.S.C. § 1782 TO OCEAN
AVENUE, LLC AND 35 STATE
STREET HOTEL PARTNERS, LLC**

[PROPOSED] ORDER

## [PROPOSED] ORDER

The Court has considered the *ex parte* application for issuance of subpoenas duces tecum pursuant to 28 U.S.C. § 1782 to Ocean Avenue LLC and 35 State Street Hotel Partners LLC, which was filed by Petitioner Olegs Fils.

It is ORDERED that the *Ex Parte* Application is GRANTED.

It is further ORDERED that the Clerk of the Court shall execute copies of the Subpoenas to Produce Documents attached as Exhibits 1 and 2 to the Application (the "Subpoenas") and provide the executed Subpoenas to counsel for Petitioner, Olegs Fils, for service on Ocean Avenue, LLC and 35 State Street Hotel Partners, LLC.

IT IS SO ORDERED.

DATED: *10/6/20*

JUDICIAL OFFICER
*Charles F. Eick*
*United States Magistrate Judge*